ORVILLE H. SMITH, Respondent, v. DANIEL MILLER, Appellant.

*Trespass — removal of stone from premises — proof of title.*

Smith v. Miller, 180 App. Div. 915, affirmed.

(Argued November 23, 1920; decided December 7, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 17, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. The action was for trespass, the complaint alleging that defendant had entered upon plaintiff's premises and removed therefrom a quantity of stone. Defendant contended that plaintiff had failed to show sufficient title or possession of the premises to enable him to maintain the action.

*Charles D. Newton*, Attorney-General (*John O. Bates* of counsel), for appellant.

*William M. Gallagher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.